MORETZ v. MILLER

No. 289P95

Case below: 119 N.C.App. 442

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 October 1995.

NCNB NATIONAL BANK v. DELOITTE & TOUCHE

No. 286P95

Case below: 119 N.C.App. 106

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 5 October 1995.

OLLIS v. RICHMOND HILL, INC.

No. 345P95

Case below: 119 N.C.App. 605

Petition by petitioner (Judy Ollis) for discretionary review pursuant to G.S. 7A-31 denied 5 October 1995.

ONLEY v. NATIONWIDE MUTUAL INS. CO.

No. 241P95

Case below: 118 N.C.App. 686

Petition by defendant (Employers Mutual Casualty) for discretionary review pursuant to G.S. 7A-31 denied 5 October 1995.

PUCKETT v. HOME QUARTERS WAREHOUSE

No. 354P95

Case below: 119 N.C.App. 605

Petition by plaintiffs for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 5 October 1995.